UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUL 1 5 2010 |
| | ) | |
| Plaintiff, | ) | U. S. DISTRICT COURT E. DIST. OF MO. ST. LOUIS |
| | ) | |
| v. | ) No. | |
| | ) | 4:10CR00388JCH |
| ANTONIO TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about June 14, 2010, in the City of St. Louis, within the Eastern District of Missouri,

## ANTONIO TAYLOR,

the Defendant herein, having been convicted previously in the Circuit Court of the City of St.

Louis, Missouri, in Cause No.: 0922 CR- 3404, of Unlawful Possession of a Firearm and in the

District Court of Beckham County, Oklahoma, in Cause No.: CF-2006-219, of Robbery Second

Degree and Unauthorized Use of a Vehicle, crimes punishable by a term of imprisonment

exceeding one year under the laws of the State of Missouri and Oklahoma, respectively, did

knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of title 18, United States Code, Section 922(g)(1).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
THOMAS J. MEHAN, #12736
Assistant United States Attorney