RECEIVED JUN 05 2013 BY MAIL
FILED JUN 5 2013 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

Dear Judge Jean C. Hamilton,

This is Antwan Taylor #32534

I'm writing you to let you know that I've been released from prison. Now I did Sept 2012 – March 2013, I've since been serving 2yrs Probation. I want to Pursue an Career In Acting and other Entertainment so I'm Requesting, Asking, and Hoping for your Permission to be released from Probation. I've been working since I've been released from Prison, I've been working Fulltime since Jan 2013. I've taking care of all my warrants (minor warrants)(tickets) only I have to go to court May 14 for my Uplands Tickets no warrants, but before I can pay them off I have to go to court. I haven't Drop Dirty and I Turn In all my Reports I am constantly In touch with my P.O. Letting Her know whats going on with me, my assessment is paid for. All I'm saying is this I'm taking care of all my Business and since I am which basically is all you government officials want out of any citizen I'm asking if you can Pardon

FILED
RECEIVED
JUN 0 5 2013
BY MAIL
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

the Rest of my Probation, Since 2004 Fulltime, No Marijuana, Own Apartment, Reporting faithfully, No Bad company, No Trouble No Police are Looking for me.

My Job is Connectors Castings at 17.61 an hr. Weekly.

My Home is 2144 Farrar Apt. B NorthCity but its only Temporarily.

I'm my only Dependant so this is Enough for me to survive. This Job Also provides Benefits for me, Insurance, Health Insurance etc.

Can You help me be an even more successful Citizen by Pardoning the rest of my Probation. It would be Most Appreciated.

Thanks,
Jesse C. Hamilton

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Antonio Taylor #37534-044
2944 Farrar Apt. B
St. Louis MO. 63107

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

Jean C. Hamilton
US PROBATION OFFICE
111 S 10TH ST   STE 2.325
ST LOUIS MO   63102-9703

RECEIVED
JUN 0 5 2013
BY MAIL