PROB 12C
(01/05)

# United States District Court
## for
## Eastern District of Missouri

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Taylor                     Case Number: 4:10CR00388 JCH

Name of Sentencing Judicial Officer:     The Honorable Jean C. Hamilton
                                         United States District Judge

Date of Original Sentence: January 14, 2011

Original Offense: Felon in Possession of a Firearm

Original Sentence:  30 months prison,  24 months supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: September 7, 2012
                                                      Expiration Date: September 6, 2014

Assistant U.S. Attorney: Thomas J. Mehan           Defense Attorney: Sean Vicente

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**

Standard Condition #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Nature of Noncompliance**

On November 16, 2012, June 18, 2013 and June 25, 2013, Taylor failed to report to the probation officer as directed. As of today's date, Taylor has made no contact with the probation office and his whereabouts are unknown.

It should be noted that the undersigned officer received law enforcement notifications that Taylor's name was ran by the Los Angeles, California Police Department on June 20, 2013 and June 21, 2013, however attempts to determine why Taylor's name was ran were unsuccessful. It should be

PROB 12C
(12/98)

Antonio Taylor
4:10CR00388 JCH

2

further noted that the U.S. Probation Office "duty officer" received a call from a man claiming to be a St. Louis, Missouri Metropolitan Police Officer calling to determine if Taylor had a "search" condition as a condition of his supervion. It should be noted that this man called from a telephone number located in Beverly Hills, California.

On June 14, 2013, Taylor agreed to meet the undersigned officer at his residence at 10:00 a.m. However, he failed to answer the door when the undersigned officer knocked on this door during this time.

**Violation Number**

Special Condition: The defendant shall participate in a substance abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, residential or inpatient treatment. The defendant shall pay for the cost associated with substance abuse services based on a co-payment fee established by the probation office.

**Nature of Noncompliance**

On October 22, 2012, October 31, 2012, November 13, 2012, January 1, 2013, January 15, 2013, January 21, 2013, January 27, 2013, February 24, 2013, April 23, 2013, May 22, 2013, May 28, 2013, May 30, 2013, June 9, 2013, June 17, 2013, and June 19, 2013, Taylor failed to report for random drug testing.

**Violation Number**

Standard Condition #1: The defendant shall not leave the judicial district without the permission of the court or probation officer.

Standard Condition#11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Nature of Noncompliance**

On June 6, 2013, the undersigned officer received a law enforcement hit by the Illinois State Police - Collinsville, Illinois Division that they had contact with Taylor. Taylor did not have prior permission to leave the district without permission and failed to report law enforcement contact to the undersigned officer.

When questioned regarding the above incident, Taylor stated he was visiting his family and did not report the contact with police as required.

PROB 12C
(12/98)

Antonio  Taylor
4:10CR00388 JCH

3

## Violation Number

General Condition: The defendant shall not commit another federal, state, or local crime.

Standard Condition # 3: The defendant shall answer truthfully all inquiries of the probation officer and follow any instructions of the probation officer.

## Nature of Noncompliance

On June 4, 2013, a "wanted" was issued by the St. Louis, Missouri Metropolitan Police Department for the charge of Domestic Assault Third Degree (Misdemeanor).  According to the police report, the victim reported that she and her boyfriend, Antonio Taylor became involved in a heated argument over the victim refusing to have sex with Taylor, when Taylor became enraged and punched the victim several times about the head, legs, and back.  The victim stated that during the struggle, she bit Taylor's penis, allowing her to escape the residence.

The victim complained of injuries to her arms, legs, head, and neck.  The victim appeared visibly upset to police and had bruising on both arms and her left foot.

On June 10, 2013, the undersigned officer told Taylor he need to report to police by no later than June 14, 2013 at 5:00 p.m. to be questioned relative to the wanted.  To date, the wanted remains active.

## Previous Violations

None


**\* Note: On June 5, 2013, Taylor filed a motion with the Court requesting an early discharge from supervised release.**

PROB 12C
(12/98)

4

Antonio Taylor
4:10CR00388 JCH

**U.S. Probation Officer Recommendation:** Based upon the violations outlined in this report, it is requested that Taylor's request for an early discharge from supervised release be denied. Furthermore, based upon the violations outlined in this report, it is requested a warrant be issued for his arrest and:

The term of supervision should be:

[X]  revoked.
[ ]  extended for  years, for a total term of  years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 27, 2013

Approved,

by  _____          by  _____
Thomas A. Caruso                                       Jennifer C. Siwiecki
Supervising U.S. Probation Officer             U.S. Probation Officer
Date: June 27, 2013                                     Date: June 27, 2013

THE COURT ORDERS:

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons   Appearance Date & Time:
[ ]  Other

/s/Jean C. Hamilton
Signature of Judicial Officer

6/27/13
Date

C:\Documents and Settings\jhamilto\Local Settings\Temp\notes9AD2A6\Taylor, Antonio 12C 410CR388 JCH June 25 2013.wpd