# United States District Court

AO 245D (Rev. 09/12)
Sheet 1- Judgment in a Criminal Case for Revocations

## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For **Revocation** of Probation or Supervised Release) |

ANTONIO TAYLOR

Case Number: 4:10CR388 JCH

USM Number: 37534-044

Sean Vicente
Defendant's Attorney

THE DEFENDANT:

☒ admitted guilt to violation of conditions(s)   All conditions _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition  Grade B | The defendant committed another federal, state or local crime. | 7/11/13 |
| General Condition | The defendant possessed a firearm, ammunition, destructive device, or other dangerous weapon. | 7/11/13 |
| Standard Condition #1 | The defendant left the judicial district without permission of the Court or probation officer. | 7/11/13 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) Standard Condition #3 & General Condition, both Grade C   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. NO.: | 8128 |
| Defendant's Date of Birth: | 10/14/84 |

April 3, 2014

Date of Imposition of Judgment

Signature Judge

Honorable Jean C. Hamilton
United States District Judge
Name and Title of Judge

April 3, 2014

Date

Judgment-Page  2  of  4

DEFENDANT: ANTONIO TAYLOR

CASE NUMBER: 4:10CR388 JCH

District:  Eastern District of Missouri

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | The defendant failed to report to the probation officer and submit a truthful and complete written report within the first five days of each month. | 11/12/12, 6/18/13, and 6/25/13 |
| Special Condition | The defendant failed to participate in a substance abuse program approved by the probation office. | 10/22/12 through 6/19/13 |
| Standard Condition #11 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. | 6/6/13 |

Judgment-Page __3__ of __4__

DEFENDANT: ANTONIO TAYLOR

CASE NUMBER: 4:10CR388 JCH

District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months.

☒ The court makes the following recommendations to the Bureau of Prisons:

As close as possible to Greenville, Illinois and/or St. Louis, MO.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./pm on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

Judgment-Page __4__ of __4__

DEFENDANT: ANTONIO TAYLOR
CASE NUMBER: 4:10CR388 JCH
District:   Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | | |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | | | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.   ☐ fine   ☐ restitution.

☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.



DEFENDANT: ANTONIO TAYLOR
CASE NUMBER: 4:10CR388 JCH

USM Number: 37534-044

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
Deputy U.S. Marshal


☐     The Defendant was released on _____ to_____ Probation

☐     The Defendant was released on _____ to_____ Supervised Release

☐     and a Fine of_____ ☐ and Restitution in the amount of_____


_____
UNITED STATES MARSHAL


By _____
Deputy U.S. Marshal


I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____